**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-10-00296-CV |
| Style: | Latrice Williams |
| | **v** Dana Lee |
| Date motion filed*: | July 1, 2013 |
| Type of motion: | Third Motion to Extend Time to File the Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Appellant was originally ordered to file her brief on March 14, 2013. After appellant filed a first motion for extension, her deadline to file the brief was extended to May 28, 2013. Appellant then filed a second motion for extension, which was granted in part and denied in part, and appellant's deadline was extended to June 27, 2013. Appellant was notified that no further extensions would be granted.

Appellant has now filed a third motion for extension, requesting a 30 day extension of time to file her brief to July 27, 2013. The reason provided for the request is that appellant had an accident that hinders the progress of completing the brief. It is the typical practice of this Court to grant no more than three 30 day extensions of time to file a brief, or no more than 90 days in total. In light of appellant's reason for her request, we grant appellant one additional extension of time to file her brief, to July 29, 2013. We hereby ORDER appellant to file her brief no later than July 29, 2013. No further extensions will be granted. *See* TEX. R. APP. P. 38.6(d). **Appellant is notified that failure to file the brief by July 29, 2013, as ordered, will result in this appeal being dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 38.8(a); 42.3(b).

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: July 8, 2013